UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


HAKEEM PELUMI

    v.                                                           CA 09-255 ML

STATE OF RHODE ISLAND


HAKEEM PELUMI

    v.                                                           CA 09-256 ML

MONIQUE LANDRY, individually and
in her capacity as the Claim Representative
of Progressive Insurance Company


HAKEEM PELUMI

    v.                                                            CA 09-257 ML

STATE OF RHODE ISLAND


HAKEEM PELUMI

    v.                                                            CA 09-258 ML

DENNIS G. GERSTMEYER, individually
and in his capacity as Chief Operator
Control Officer, State of Rhode Island
Division of Motor Vehicles

HAKEEM PELUMI

    v.                              CA 09-259 ML

CITY OF WOONSOCKET

## MEMORANDUM AND ORDER

These matters are before the Court on Plaintiff's objections to a Consolidated Report and Recommendation issued by Magistrate Judge Almond on June 19, 2009. This Court has reviewed the Report and Recommendation and Plaintiff's objections. Finding no merit in Plaintiff's objections, the Court adopts the Report and Recommendation in its entirety. Each matter is dismissed for the reason(s) set forth in the Report and Recommendation.

SO ORDERED:

_/s/ Mary M. Lisi_
Mary M. Lisi
Chief United States District Judge
August 6, 2009